Argued and submitted April 22, reversed and remanded for resentencing
June 2, 1999

STATE OF OREGON,
*Respondent,*

*v.*

PERCY LEE WARE,
*Appellant.*

(97-09-37671; CA A101265)

986 P2d 28

Stephen J. Williams, Deputy Public Defender, argued the cause for appellant. With him on the brief was David E. Groom, Public Defender.

Jennifer S. Lloyd, Assistant Attorney General, argued the cause for respondent. With her on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before Haselton, Presiding Judge, and Wollheim, Judge, and Warren, Senior Judge.

PER CURIAM

Reversed and remanded for resentencing. *State v. Bagley,* 158 Or App 589, 976 P2d 75 (1999).